## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SIERRA CLUB and
NATIONAL WILDLIFE
FEDERATION,

Plaintiffs,

Case No. 1:13-cv-1239 KBJ

v.

LIEUTENANT GENERAL
THOMAS P. BOSTICK, *et al.*,

Defendants.

### MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

The parties jointly move for entry of the attached Stipulated Protective Order. The Administrative Record in this action contains documents and information that the United States Army Corps of Engineers ("Corps") redacted in its responses to the Sierra Club's Freedom of Information Act ("FOIA") requests. Defendants assert that the redacted information is protected under the National Historic Preservation Act, 16 U.S.C. § 470, or that it otherwise may implicate the privacy, safety, or commercial interests of the parties or third parties and therefore be deserving of protection from public disclosure. Federal Defendants delivered the Administrative Record to the other parties on November 27 (ECF No. 25). To the extent the documents that were redacted in the Corps' responses to Plaintiffs' FOIA requests are also present in the Administrative Record, they are similarly redacted.

The Stipulated Protective Order will permit the parties to have access to and full use of the Administrative Record by allowing the Federal Defendants to deliver the Protected Information to the other parties in unredacted form, while proscribing the circulation of that information to third parties.  Federal Defendants have compiled full, unredacted copies of the documents subject to the Stipulated Protective Order and will deliver those documents subject to the terms of the Stipulated Protective Order within one week of its entry.

Respectfully submitted,

ROBERT G. DREHER
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Ty Bair*
EILEEN McDONOUGH
TY BAIR
Trial Attorneys
United States Department of Justice
Environment & Natural Resources
                  Division
P.O. Box 7611
Washington, D.C. 20044
*Eileen.McDonough@usdoj.gov*
*Tyler.Bair@usdoj.gov*
Tel:  202-514-3126
Tel.  202-307-3316

JOHN J. GOWEL, D.C. Bar # 501185
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2574 / Fax (202) 252-2599
John.Gowel@usdoj.gov

*Attorneys for Defendants*

*/s/ David H. Coburn*
David H. Coburn

(DC Bar # 241901)
Cynthia Taub
(DC Bar # 445906)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000
Dcoburn@steptoe.com
Ctaub@steptoe.com

*Counsel for Enbridge Pipelines (FSP) L.L.C.*

/s/ Joshua Stebbins
JOSHUA STEBBINS,
D.C. Bar No. 468542
SIERRA CLUB
50 F Street NW, 8th Floor
Washington, DC 20001
(202) 675-6273
josh.stebbins@sierraclub.org

*/s/ Douglas Hayes*
DOUGLAS HAYES, Co Bar No.39216
(admitted *pro hac vice*)
ERIC HUBER, Colo. Bar No. 40664
(admitted *pro hac vice*)
SIERRA CLUB
1650 38th Street, Suite 102W
Boulder, Colorado 80301
(303) 449-5595
(303) 449-6520 (fax)
doug.hayes@sierraclub.org
eric.huber@sierraclub.org


JAMES MURPHY, Vt. Bar No. 3367
(admitted *pro hac vice*)
NATIONAL WILDLIFE FEDERATION
149 State Street
Montpelier, VT 05602
(802) 552-4325
jmurphy@nwf.org

*Attorneys for Plaintiffs*

DATED:  December 3, 2013